GARY M. RESTAINO
United States Attorney
District of Arizona
LIZA M. GRANOFF
JOSH A.C. ACKERMAN
Arizona State Bar No. 020088
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: liza.granoff@usdoj.gov
Email: josh.ackerman@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-23-0583-TUC-SHR |
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| Clinton Mark Lewis, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby respectfully submits its sentencing memorandum in the above-captioned matter. The sentencing hearing is scheduled on August 5, 2024, before the Honorable District Court Judge Scott H. Rash.

The United States is in receipt of the presentence report (PSR) and concurs with the guideline calculations and sentencing recommendation contained therein. The U.S. Probation Officer (USPO) determined the defendant's total offense level of 12 and placement in Criminal History Category IV yields a sentencing guideline range of 21 to 27 months of imprisonment. Pursuant to the plea agreement and Rule 11(c)(1)(C), the parties stipulated that the defendant will be sentenced to 51 months of imprisonment in exchange for the dismissal of the remaining counts in the indictment. The USPO recommends the Court to accept the plea agreement and sentence the defendant to 51 months of

imprisonment consecutive to any undischarged term of imprisonment in CR-20-0044-PHX.  The United States concurs with the USPO's sentencing recommendation in its entirety and requests the Court to impose a sentence accordingly.  As a basis for its request, the United States provides the following facts and argument.

## FACTS

On July 25, 2022, Mr. Lewis appeared before a district court judge, Person A, for sentencing in CR-20-0044-PHX after a federal jury found him guilty of possessing child pornography with a prior qualifying felony conviction.  (PSR, ¶¶ 5 and 32.)  Minutes before the hearing, defense counsel for Mr. Lewis informed a Deputy U.S. Marshal that his client had interrupted a judge during a prior hearing by yelling, using profanity, and calling the judge names.  *Id.*  Defense counsel expressed concern Mr. Lewis would do so again during the sentencing hearing.  *Id.*

As Person A was pronouncing Mr. Lewis's sentence, the defendant interrupted the hearing by yelling at the judge, repeatedly using racial slurs and offensive language, and threatening to kill the judge and Person A's grandchildren.  (PSR, ¶ 6-7.)  The deputies in the courtroom pinned the defendant's chair against the table to prevent him from physically advancing toward Person A.  (PSR, ¶ 6.)  The courtroom deputies requested additional assistance and court staff activated the distress alarm.  (PSR, ¶ 7.)  When additional officers responded to the courtroom, the defendant was removed from the courtroom.  As he was being physically removed, the defendant yelled "monkey" and made monkey noises directed at Person A.  (PSR, ¶ 8.)  The defendant's outburst lasted approximately 13 minutes.[1]  (PSR, ¶ 7.)  After his removal from the courtroom, Person A sentenced Mr. Lewis to serve 151 months followed by lifetime supervision.  (PSR, ¶¶ 8 and 32.)

---

[1] The United States will submit an unredacted copy of the audio/video recording and transcript of the sentencing hearing in CR-20-0044-PHX to chambers for its consideration which has been previously disclosed to the defense at Production 1, Bates 33-111.

Due to work commitments, Person A will be unable to attend the sentencing hearing on August 5, 2024, but provided a victim impact statement to undersigned counsel for counsel to share with the Court. Person A stated that the events on July 25, 2022 have left a mark on Person A and Person A's family and staff members. Person A increased security measures for his children and grandchildren because it was unknown whether the defendant could carry out the threats he shouted at Person A during the sentencing hearing. It was particularly unnerving for Person A to have to explain the situation to family members and young, impressionable grandchildren. Person A believes the defendant's threats were not a mistake and they did not constitute aberrant behavior. Rather, the defendant's behavior chills the rule of law and what judges do every day. Person A concurs with the stipulated plea and the recommended sentence of 51 months in prison.

## ARGUMENT

The defendant has amassed a notable criminal history riddled with possession of child pornography, failures to register as a convicted sex offender, and inability to comply with judicial orders. As Person A stated before the defendant shouted epithets, racial slurs, and threats to kill, the defendant is a pedophile who poses a danger to the community particularly young girls. The defendant is currently serving a sentence of 151 months in prison and a sentence of 51 months consecutive to that sentences comports with all the 18 U.S.C. § 3553(a) factors the Court must consider when imposing an appropriate sentence.

As evidenced by the instant offense, the defendant continues to pose a danger to the community. He is hostile, angry, and lacks respect for the law. The defendant's offense conduct should not be tolerated. It is unacceptable for a defendant to come into Court and denigrate, offend, and threaten members of the judiciary or their families. This Court must impose a significant sentence that will hopefully deter the defendant, and others, from committing such crimes in the future. The agreed upon sentence will provide just punishment for the indelible mark the defendant left on Person A, as well as Person A's family and staff members. A consecutive sentence of 51 months will hopefully promote the defendant's future respect for the law, although only time will tell whether that occurs.

WHEREFORE, the United States respectfully moves the Court to accept the terms of the plea agreement and sentence the defendant to 51 months in prison. The United States, along with the USPO and the victim, also urge the Court to order that the sentence run consecutively to the sentence the defendant is currently serving.

Respectfully submitted this 30th day of July 2024.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>*s/Liza M. Granoff*
>
>LIZA M. GRANOFF
>JOSH A.C. ACKERMAN
>Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 30 day of July 2024, to:

Nathan Leonardo, Esq.